# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLETUS LYLE KEISER,<br><br>Defendant. | CR 14-107-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Cletus Lyle Keiser (Keiser) has been accused of violating the conditions of his supervised release. Keiser admitted alleged violations 1, 2 and 4. The Court dismissed alleged violations 3 and 5 on the government's motion. Keiser's supervised release should be revoked. Keiser should be placed in custody for 4 months, with 56 months of supervised release to follow. Keiser should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. Keiser should serve the next 180 days of supervised release in a residential re-entry center.

## II. Status

Keiser pleaded guilty to Failure to Register as a Sex Offender on January 15, 2015. (Doc. 16). The Court sentenced Keiser to 15 months of custody, followed

by 5 years of supervised release. (Doc. 19). Keiser's current term of supervised release began on January 5, 2021. (Doc. 25 at 1).

**Petition**

The United States Probation Office filed a Petition on February 25, 2021, requesting that the Court revoke Keiser's supervised release. (Doc. 25). The Petition alleged that Keiser had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; 3) by failing to report for sex offender treatment; 4) by failing to report to his probation officer as directed; and 5) by failing to comply with his sex offender registration requirements.

**Initial appearance**

Keiser appeared before the undersigned for his initial appearance on June 24, 2021. Keiser was represented by counsel. Keiser stated that he had read the petition and that he understood the allegations. Keiser waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on June 24, 2021. Keiser admitted that he had violated the conditions of his supervised release: 1) by failing

2

to report for substance abuse testing; 2) by failing to report for substance abuse treatment; and 3) by failing to report to his probation officer as directed.  The Court dismissed alleged violations 3 and 5 on the government's motion.  The violations that Keiser admitted are serious and warrant revocation of Keiser's supervised release.

Keiser's violations are Grade C violations.  Keiser's criminal history category is III.  Keiser's underlying offense is a Class C felony.  Keiser could be incarcerated for up to 24 months.  Keiser could be ordered to remain on supervised release for up to 60 months, less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III.  Analysis

Keiser's supervised release should be revoked.  Keiser should be incarcerated for 4 months, with 56 months of supervised release to follow.  This sentence is sufficient but not greater than necessary.  Keiser should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.  Keiser should serve the next 180 days of supervised release in a residential re-entry center.

## IV. Conclusion

The Court informed Keiser that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Keiser of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Keiser that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Cletus Lyle Keiser violated the conditions of his supervised release: by failing to report for substance abuse testing; by failing to report for substance abuse treatment; and by failing to report to his probation officer as directed.

The Court **RECOMMENDS:**

> That the District Court revoke Keiser's supervised release and commit Keiser to the custody of the United States Bureau of Prisons for 4 months, with 56 months of supervised release to follow. Keiser should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. Keiser should serve the next 180 days of supervised release in a residential re-entry center.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 28th day of June, 2021.

John Johnston
United States Magistrate Judge

5