IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-14-107-GF-BMM |
| vs. | |
| CLETUS LYLE KEISER, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 30, 2022. (Doc. 45.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 29, 2022. (Doc. 40.) The United States accused Cletus Lyle Keiser (Keiser) of violating his

conditions of supervised release 1) by using methamphetamine; and 2) by to complete his 60-day term at connections Corrections. (Doc. 37.)

At the revocation hearing, Keiser admitted that he had violated the conditions of his supervised release 1) by using methamphetamine; and 2) by to complete his 60-day term at connections Corrections. (Doc. 40.)  Judge Johnston found that the violations Keiser admitted proved to be serious and warranted revocation, and recommended that Keiser receive a custodial sentence of 11 months, with no supervised release to follow. (Doc. 45.)  Keiser was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 40.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 45) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Cletus Lyle Keiser Chief be sentenced to the Bureau of Prisons for 11 months, with no supervised release to follow. Keiser should be placed at Englewood Bureau of Prisons Facility in Littleton, Colorado.

DATED this 18th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court